CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 15 2018

JULIA C. DUDLEY, CLERK
BY: /s/ C. Amos
DEPUTY CLERK

3:11 CR14-001

Cedric L. Washington
102 Colonial Ct
Locust Grove, VA 22508
540-406-1891

Judge Moon,

My name is Cedric Lydell Washington and I am reaching out to in regards to release from probation.

I served 3 ½ years in the Morgantown Federal Prison & 6 months in halfway house in Petersburg due to my drug charge. At that time I didn't really understand why I was getting locked up. At that age, "in my mind"; I was only doing what I had to do to take care of my family; like everyone else. But while I was incarcerated; I had time to think and I realized that there are other ways (like working a legal job) that I could have done to take care of the family. This was why I pushed myself to become better.

While incarcerated I completed the 18month drug program & also accomplished the goal of receiving my GED. Many may ask what makes me different from anyone else. Well when I was incarcerated nothing made me different, I was just like all the other inmates; apologizing for all my wrongs, missing my family, rushing time, praying that a miracle would happen & I could get out, and saying the famous line that all inmates say, "If/and when I get out, I am staying out of trouble because I don't want to come back." What makes me different now is; I am happily married, I have custody of my son from a previous relationship, my wife and I are raising our two boys together, I am working full-time, I have an amazing & tough support system, I have complied with the terms & conditions of my probation officer, and I have kept the promise I made to myself (that most inmates don't keep once getting home); and has stayed out of trouble since I have been home.

Being home over the last 3 years; has made me look at life different. I have missed out on so much (my 3 children's life mainly). I can never go back to my old ways, because I can't risk being away from my children nor can I risk letting the people down that have supported me since release from prison. Release from probation will allow me to be more involved with my family; such as going on vacations and if I could; travel for work.

Judge Moon, I know now that being out in the street was not the place to be; however, it has taught me one good thing. I learned years ago by being in the street that your word is your bond and no one will respect you if you don't keep your word. Judge Moon, you have my word that being off of probation I will continue to be the same law abiding citizen that I am today. My past has no way of returning. I ask that you make your judgement based on the person I am today and not the person I was when I messed up my life 6 years ago.

Thank You,